**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 09 2009 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MALIK RAMSEY,

                    Petitioner,

-against-

HAROLD D. GRAHAM, Superintendent,
Auburn Correctional Facility,

                    Respondent.
-----------------------------------------------------------------X

JUDGMENT
09-CV-1799 (FB)

      A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on October 7, 2009, denying petitioner's petition for a writ of habeas corpus; and ordering that no Certificate of Appealability will be issued; it is

      ORDERED and ADJUDGED that petitioner take nothing of the respondent; that petitioner's petition for a writ of habeas corpus is denied; and that no Certificate of Appealability will be issued.

Dated: Brooklyn, New York
          October 07, 2009

                                      s/Robert C. Heinemann
                                      ROBERT C. HEINEMANN
                                      Clerk of Court